IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-17-CR-02039-DB-2 |
| | § | |
| SAMUEL TANEL CRITTENDEN. | § | |

## ORDER DENYING MOTION TO EXTEND SELF-SURRENDER DATE

On this day, the Court considered the above captioned case. On June 18, 2025, Defendant Samuel Tanel Crittenden ("Defendant") filed a "Motion to Extend Self-Surrender Date," ECF No. 287. Therein, Defendant moves the Court to extend his self-surrender date, pending the outcome of his "Motion to Vacate Under 28 U.S.C. 2255," ECF No. 288, also filed on June 18, 2025. After due consideration, Defendant's motion to extend his self-surrender date is denied.

Accordingly, **IT IS HEREBY ORDERED** Defendant Samuel Tanel Crittenden's "Motion to Extend Self-Surrender Date," ECF No. 287, is **DENIED**.

**IT IS FURTHER ORDERED** this Court's "Order Granting Motion to Set Self-Surrender Date," ECF No. 284, issued on March 3, 2025, **REMAINS IN PLACE**, and Defendant Samuel Tanel Crittenden **MUST SELF-SURRENDER** on June 20, 2025, as directed therein.

SIGNED this _18_ day of **June 2025**.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE